**From:** Aaron B. Greenbaum <aaron.greenbaum@pjgglaw.com>
**Sent:** Friday, December 27, 2024 6:45 PM
**To:** Poitevent, Edward B., II <epoitevent@stonepigman.com>
**Cc:** Bukaty, Edward F. <ebukaty@stonepigman.com>
**Subject:** RE: Letter of Intent - Array Operating

**CAUTION: This is an external email. Do not click links or open attachments unless you are expecting the email and know the content to be safe.**

Ed,

Please be advised that the fields are shut in in the form of a hurricane evacuation shut in. The fields can be reopened fairly quickly. While we continue to work on an agreement, Array simply could not continue to beg for fuel or grocery money, or any other expenses that arise during the negotiations.

Please advise if NRW wishes to continue discussions on the LOI. Otherwise, please advise if NRW wishes to discontinue negotiations and move to a permanent shut in.

Regarding the GOL invoices, GOL requires an irrevocable letter of credit to support any payment plan for past-due invoices and to provide any future services.

Regarding the promissory note, it is 5 months overdue and there is a personal guarantee by Brad Cox. The loan needs to be caught up immediately.

Aaron

**Aaron Greenbaum**
Member
Pusateri, Johnston, Guillot & Greenbaum, LLC
Direct: (504) 620-2370

**From:** Poitevent, Edward B., II <epoitevent@stonepigman.com>
**Sent:** Friday, December 27, 2024 6:30 PM
**To:** Aaron B. Greenbaum <aaron.greenbaum@pjgglaw.com>
**Cc:** Bukaty, Edward F. <ebukaty@stonepigman.com>
**Subject:** Re: Letter of Intent - Array Operating

**EXTERNAL**

Let me find out.



909 Poydras Street, Suite 3150
New Orleans, Louisiana 70112-4041
Main      504.581.3200
Direct     504.593.0889
Mobile    713.540.8577
epoitevent@stonepigman.com
www.stonepigman.com

EXHIBIT
4

**Edward B. Poitevent, II**



**Stone Pigman Walther Wittmann L.L.C.**

This communication is from a law firm and may be privileged and confidential. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication. The sender's name and other information in this e-mail are for informational purposes only and are not electronic signatures.

---

**From:** Aaron B. Greenbaum <aaron.greenbaum@pjgglaw.com>
**Sent:** Friday, December 27, 2024 6:27:22 PM
**To:** Poitevent, Edward B., II <epoitevent@stonepigman.com>
**Cc:** Bukaty, Edward F. <ebukaty@stonepigman.com>
**Subject:** RE: Letter of Intent - Array Operating

**CAUTION: This is an external email. Do not click links or open attachments unless you are expecting the email and know the content to be safe.**

Ed,

I see the below terms, but there is no draft regarding the GOL invoices.

Aaron

**Aaron Greenbaum**
Member
Pusateri, Johnston, Guillot & Greenbaum, LLC
Direct: (504) 620-2370

**From:** Poitevent, Edward B., II <epoitevent@stonepigman.com>
**Sent:** Friday, December 27, 2024 6:24 PM
**To:** Aaron B. Greenbaum <aaron.greenbaum@pjgglaw.com>
**Cc:** Bukaty, Edward F. <ebukaty@stonepigman.com>
**Subject:** Re: Letter of Intent - Array Operating [IMAN-ACTIVE.FID257441]

**EXTERNAL**

I'm coming Aaron,

Here is a draft for a loan extension for Rec's approx $1.1mn balance that we will extend and pay 6x monthly

Jan- June 2025. Also is a draft for the company that acquires Array to assume and pay for GOL invoices.

Rec is shutting in the fields and this must me completed ASAP.

THE FIELDS MUST NOT BE SHUT-IN. This is a condition to the extension.

Thank you,

Ed

**LOAN EXTENSION AGREEMENT**

**This Loan Extension Agreement**("Agreement") is entered into on this 27th day of December **2024** by and between:

**[Lender's Full Name]**, residing at [Address], ("Lender"), and
**Ronald "Rec" Chaddock**, with a principal address at [Address], ("Borrower").

**RECITALS**

WHEREAS, the Lender extended a loan to the Borrower in the amount of [$1,100,000.00] (the "Loan");

WHEREAS, the Borrower has an outstanding balance on the Loan and has requested an extension of the repayment schedule; and

WHEREAS, the Lender agrees to extend the loan repayment on the terms and conditions set forth herein.

NOW, THEREFORE, in consideration of the promises and mutual covenants contained herein, the parties agree as follows:

## 1. Loan Balance and Interest Rate

1.1. As of the date of this Agreement, the outstanding Loan balance is [$1,100,000.00.]

1.2. Interest shall accrue on the outstanding Loan balance at an annual rate of 12%.

## 2. Payment Schedule

2.1. The Borrower agrees to begin repayment of the Loan with the first payment due on January 1, 2025.

2.2. The Loan shall be repaid in six (6) equal monthly installments of principal and interest, with the final payment due on June 1, 2025.

2.3. Each installment payment amount shall be calculated based on the outstanding principal, the agreed-upon interest rate of 12%, and the six-month repayment schedule.

## 3. Method of Payment

3.1. Payments shall be made in U.S. Dollars via wire transfer to [Lender's designated account details].

3.2. Payments are deemed made on the date received by the Lender.

## 4. Governing Law

4.1. This Agreement shall be governed by and construed in accordance with the laws of the State of Texas, without regard to its conflict of law principles.

## 5. Entire Agreement

5.1. This Agreement constitutes the entire agreement between the parties regarding the Loan repayment extension and supersedes any prior agreements or understandings.

## 6. Amendment

6.1. Any amendments or modifications to this Agreement must be in writing and signed by both parties.

## 7. Default

7.1. Failure by the Borrower to make any payment when due shall constitute a default. In the event of default, the entire remaining balance, including accrued interest, may become immediately due and payable at the Lender's discretion.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date first above written.

**LENDER:**

[Full Name]
Date: _____

**BORROWER:**

[Full Name/Authorized Representative Name & Title]
Date: _____



**Edward B. Poitevent, II**

909 Poydras Street, Suite 3150
New Orleans, Louisiana 70112-4041
Main       504.581.3200
Direct      504.593.0889
Mobile    713.540.8577
epoitevent@stonepigman.com
www.stonepigman.com

 

**Stone Pigman Walther Wittmann L.L.C.**

This communication is from a law firm and may be privileged and confidential. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication. The sender's name and other information in this e-mail are for informational purposes only and are not electronic signatures.

---

**From:** Poitevent, Edward B., II <epoitevent@stonepigman.com>
**Sent:** Friday, December 27, 2024 6:18:18 PM
**To:** Aaron B. Greenbaum <aaron.greenbaum@pjgglaw.com>
**Cc:** Bukaty, Edward F. <ebukaty@stonepigman.com>
**Subject:** Re: Letter of Intent - Array Operating [IMAN-ACTIVE.FID257441]

Thank you, Aaron.
We now have the $250K in our trust account for the closing.
Ed

**From:** Aaron B. Greenbaum <aaron.greenbaum@pjgglaw.com>
**Sent:** Friday, December 27, 2024 6:00:52 PM
**To:** Poitevent, Edward B., II <epoitevent@stonepigman.com>
**Cc:** Bukaty, Edward F. <ebukaty@stonepigman.com>
**Subject:** Re: Letter of Intent - Array Operating [IMAN-ACTIVE.FID257441]

**CAUTION: This is an external email. Do not click links or open attachments unless you are expecting the email and know the content to be safe.**

Ed, got it. I'll be back in touch later this evening.

Aaron

**Aaron Greenbaum**
Member
Pusateri, Johnston, Guillot & Greenbaum, LLC
Direct: (504) 620-2370

**From:** Poitevent, Edward B., II <epoitevent@stonepigman.com>
**Sent:** Friday, December 27, 2024 3:16 PM
**To:** Aaron B. Greenbaum <aaron.greenbaum@pjgglaw.com>
**Cc:** Bukaty, Edward F. <ebukaty@stonepigman.com>
**Subject:** Re: Letter of Intent - Array Operating [IMAN-ACTIVE.FID257441]

**EXTERNAL**

Aaron,

Vincent asked me to let you know that he is wiring Stone Pigman $250,000 now to be held in escrow for the Array closing.

Please let me have your comments to the LOI.

Ed



**Edward B. Poitevent, II**

909 Poydras Street, Suite 3150
New Orleans, Louisiana 70112-4041
Main      504.581.3200
Direct     504.593.0889
Mobile    713.540.8577
epoitevent@stonepigman.com
www.stonepigman.com



**Stone Pigman Walther Wittmann L.L.C.**

This communication is from a law firm and may be privileged and confidential. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication. The sender's name and other information in this e-mail are for informational purposes only and are not electronic signatures.

---

**From:** Poitevent, Edward B., II <epoitevent@stonepigman.com>
**Sent:** Friday, December 27, 2024 2:51:41 PM
**To:** Aaron B. Greenbaum <aaron.greenbaum@pjgglaw.com>
**Cc:** Bukaty, Edward F. <ebukaty@stonepigman.com>
**Subject:** Re: Letter of Intent - Array Operating [IMAN-ACTIVE.FID257441]

Aaron,

Please note NRW's responses in red to the issues Array raised about the credit card and the wires below.

NRW wants to proceed and remains interested in a response from NRW to the LOI.

Below is a clarification in Array's favor to the LOI.

### ARRAY ISSUES:

As discussed on the phone just now, please be advised that the Array has begun the shut in process for safety reasons. The credit card provided by NRW to the fuel dock was declined.

<span style="color:red">Now done— when the card was run, there was a bank fraud alert, and it has been cleared up. It was delayed, not declined.</span>

Thus, there is no more fuel.  <span style="color:red">NRW has a wire going to Shell Morgan. Brian Broussard is on site, and it is in communication with him.</span>

The credit card provided by NRW to the grocery vendor was declined. Thus, there is no more food.
<span style="color:red">NRW asked for an invoice, but the wire is requested.</span>

The LOI references a disbursement of $2.1m on December 15th. This was supposed to be a payment of $2.4m. NRW had to pay gas in advance and that is the difference. Array agreed with the same.

There was an additional promise by NRW to disburse an estimated $800,000 from the gas payment on December 25th, which Array has never received. The gas payment was only $200k (not $800k). But, with the acquisition and NRW being asked to front all the costs, the $220k was not sent. Array was aware.

**CLARIFICATION**:

The below red language should be deleted so as to avoid any confusion that the members of NRW could be on the hook for indemnification or hold harmless obligations.  The language was clearly intended to be included for the members' benefit, but there could be a different interpretation if read literally.

> The Definitive Agreement would contain mutual indemnity provisions (except for gross negligence or willful misconduct) between the Buyer and Natural Resources Worldwide, LLC ("_NRW_"), **including its members, officers, managers, and employees**, on the one hand, and Ronald E. Chaddock, on the other hand, for any alleged liabilities and damages arising out of the operation of the Business since January 30, 2024, with respect to any third-party demands, actions, or suits, including but not limited to by NRW (including any related or affiliated entities), vendors, contractors, lessors, and the United States government or any of its agencies  (the "_Indemnity Provisions_").   For the avoidance of doubt, the Indemnity Provisions would not affect the right of any Party to bring claims to enforce the other provisions of the Definitive Agreement, including the provisions described in Section 5.

> The Definitive Agreement would contain mutual hold harmless provisions (except for gross negligence or willful misconduct) between the Buyer and NRW**, including its members, officers, managers, and employees**, on the one hand, and Ronald E. Chaddock, on the other hand, with respect to alleged liabilities and damages arising out of the operation of the Business since January 30, 2024, with respect to any claims by any such persons (the "_Hold Harmless Provisions_").   For the avoidance of doubt, the Hold Harmless Provisions would not affect the right of any Party to bring claims to enforce the other provisions of the Definitive Agreement, including the provisions described in Section 5.

 Please advise.

Ed

**From:** Aaron B. Greenbaum <aaron.greenbaum@pjgglaw.com>
**Sent:** Friday, December 27, 2024 2:05 PM
**To:** Poitevent, Edward B., II <epoitevent@stonepigman.com>
**Cc:** Bukaty, Edward F. <ebukaty@stonepigman.com>
**Subject:** RE: Letter of Intent - Array Operating [IMAN-ACTIVE.FID257441]

**CAUTION: This is an external email. Do not click links or open attachments unless you are expecting the email and know the content to be safe.**

Ed,

This will confirm receipt of the below proposed LOI.

As discussed on the phone just now, please be advised that the Array has begun the shut in process for safety reasons. The credit card provided by NRW to the fuel dock was declined. Thus, there is no more fuel. The credit card provided by NRW to the grocery vendor was declined. Thus, there is no more food.

The LOI references a disbursement of $2.1m on December 15th. This was supposed to be a payment of $2.4m. There was an additional promise by NRW to disburse an estimated $800,000 from the gas payment on December 25th, which Array has never received.

Array will review the LOI and respond. However, shut in will proceed.

Aaron

**Aaron Greenbaum**
Member
Pusateri, Johnston, Guillot & Greenbaum, LLC
Direct: (504) 620-2370

**From:** Poitevent, Edward B., II <epoitevent@stonepigman.com>
**Sent:** Friday, December 27, 2024 1:35 PM
**To:** Aaron B. Greenbaum <aaron.greenbaum@pjgglaw.com>
**Cc:** Bukaty, Edward F. <ebukaty@stonepigman.com>
**Subject:** FW: Letter of Intent - Array Operating [IMAN-ACTIVE.FID257441]

**EXTERNAL**

Aaron,

Please find attached a clean Word version, tracked changes Word version, and pdf marked version of the NRW-Array letter of intent. The attached represents a very clean deal, per Rec's request. The only carveout for the indemnity and hold harmless is "except for gross negligence and willful misconduct" which (as you know) is the customary oilpatch standard.

Please discuss with Rec and the other llc members and provide your input at your first opportunity.

Happy to answer any questions. My cell phone is 713.540.8577.

Thanks,

Ed



**Edward B. Poitevent, II**

909 Poydras Street, Suite 3150
New Orleans, Louisiana 70112-4041
Main      504.581.3200
Direct     504.593.0889
Mobile    713.540.8577
epoitevent@stonepigman.com
www.stonepigman.com



**Stone Pigman Walther Wittmann L.L.C.**

This communication is from a law firm and may be privileged and confidential. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication. The sender's name and other information in this e-mail are for informational purposes only and are not electronic signatures.